| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | **NOT FOR PUBLICATION** |
|---|---|
| KEVIN CHEEKS,<br><br>       Petitioner,<br><br>  – against –<br><br>THOMAS GRIFFIN,<br><br>       Respondent. | **ORDER**<br><br>16-cv-3945 (ERK) |

KORMAN, *J.*:

  On June 20, 2017, I denied Kevin Cheeks's petition for a writ of habeas corpus. ECF Doc. No. 12. Cheeks then filed a motion for reconsideration, which I granted. ECF Doc. No 14.

  Upon reviewing the record and the parties' submissions, including Cheeks's reply memorandum, I again deny the petition for a writ of habeas corpus for the reasons stated in my June 20, 2017 order. I again decline to issue a certificate of appealability.

                      **SO ORDERED.**

Brooklyn, New York
February 27, 2018              *Edward R. Korman*
                       Edward R. Korman
                       United States District Judge